IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH PIRNIE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3266 |
| | ) | |
| v. | ) | |
| | ) | |
| CATHER & SONS CONSTRUCTION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f)
and, by November 17, 2005,  file their Report of Parties' Planning Conference.

DATED October 28, 2005.

/s/  *David L. Piester*
United States Magistrate Judge