```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

KENNETH PIRNIE,                  )
                                 )
              Plaintiff,         )        4:05CV3266
                                 )
       v.                        )
                                 )
CATHER & SONS CONSTRUCTION,      )        ORDER
INC.,                            )
                                 )
              Defendant.         )
```

IT IS ORDERED:

Plaintiff's unopposed oral motion for time is granted and the deadline for the parties to file their Rule 26 report of planning conference is extended to November 23, 2005.

DATED this 18th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge