IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH PIRNIE,                    )
                                   )
            Plaintiff,             )            4:05CV3266
                                   )
        v.                         )
                                   )
CATHER & SONS CONSTRUCTION,        )        MEMORANDUM AND ORDER
INC.,                              )
                                   )
            Defendant.             )
_____

     A telephone conference with counsel was held this date
concerning the matter of recusal.  After I informed counsel that
I would be recusing myself from this case, counsel discussed
whether they preferred to keep the case in Lincoln, in which case
they would have an Article III district judge preside, or,
alternatively, keep their consent to jurisdiction by a magistrate
judge and transfer the case to Omaha.  They agree to the latter.

     IT THEREFORE HEREBY IS ORDERED,

     1.  Magistrate Judge Piester recuses himself from further
involvement in this case.

     2.  By agreement of the parties, the case is transferred to
the Omaha docket.

     3.  The clerk shall randomly reassign the case to one of the
Omaha magistrate judges, who will conduct the planning conference
normally held by telephone with counsel after approximately 90
days, and will further schedule the case in all respects.

     DATED this 13th day of December, 2005.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge