IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH PIRNIE,                       )<br>                                                    )<br>            Plaintiff,                      )<br>                                                    )<br>     v.                                         )<br>                                                    )<br>CATHER & SONS CONSTRUCTION, )<br>                                                    )<br>            Defendant.                  )<br>                                                    ) | 4:05CV3266<br><br><br>REASSIGNMENT ORDER |

     Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 13) in the above matter,

     IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters and for all dispositional matters.

     DATED this 13th day of December, 2005.

                                                   BY THE COURT:

                                                   s/ Joseph F. Bataillon
                                                   JOSEPH F. BATAILLON
                                                   United States District Judge