IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KENNETH PIRNIE,** | ) | |
| | ) | 4:05CV3266 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **CATHER & SONS CONSTRUCTION, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 13), and the reassignment order of Chief U.S. District Judge Joseph F. Bataillon (Filing No. 14), the case has been reassigned to the undersigned magistrate judge for judicial supervision and processing of all pretrial matters and for all dispositional matters.

**IT IS ORDERED:**

1. A **telephone** conference with the undersigned magistrate judge will be held on **April 19, 2006, at 10:00 a.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the telephone conference. Prior to the conference, counsel for the parties shall have:

   a. Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;

   b. Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;

   c. Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.1(i);

   d. Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment;

   e. Exchanged genuine and serious proposals for settlement;

      f.     Discussed settlement with clients and the viability of mediation or other forms of alternative dispute resolution as may be applicable to this case;

      g.     Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

DATED this 16th day of December, 2005.

                                     BY THE COURT:

                                     s/ Thomas D. Thalken
                                     United States Magistrate Judge