**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **KENNETH A. PIRNIE,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3266 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CATHER & SONS CONSTRUCTION, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's Motion for Enlargement (Filing No. 22). The defendant seeks a three-week extension, until April 14, 2006, to respond to the plaintiff's Interrogatories, Requests for Production of Documents and Requests for Admission. The defendant stated the plaintiff had not consented to the extension, but such extension was necessary due to the conflicting schedules of the defendant and its counsel. The plaintiff filed a response to the motion stating he does not oppose an extension of time for answers to the discovery, but would like any objections by March 24, 2006, particularly so the parties may resolve any conflicts and pursue court intervention, if necessary, without delaying trial. **See** Filing No. 23. On March 24, 2006, the defendant filed a notice of mailing for objections to the Requests for Production of Documents and the Interrogatories. **See** Filing No. 24. Upon consideration,

    **IT IS ORDERED:**

    The defendant's Motion for Enlargement (Filing No. 22) is granted. The defendant shall have to **on or before April 14, 2006**, to serve responses to the plaintiff's Interrogatories, Requests for Production of Documents and Requests for Admission.

    DATED this 27th day of March, 2006.

                                                                                  BY THE COURT:

                                                                                  s/Thomas D. Thalken
                                                                                 United States Magistrate Judge