**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KENNETH PIRNIE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 4:05CV3266 |
| vs. ) | |
| ) | ORDER |
| **CATHER & SONS CONSTRUCTION, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon the oral request of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for September 29, 2006, at 9:30 a.m. is hereby **rescheduled back to September 27, 2006, at 10:00 a.m.**

DATED this 7th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge